AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Jeffrey S. | Northern District of CA | 07/29/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| Nominee, US Dist. Judge | X Nomination, Date 07/25/2002 <br> Initial   Annual   Final | 01/01/2001 <br> to <br> 07/01/2002 |

**7. Chambers or Office Address**

400 Sansome Street

/////////////////////

San Francisco, CA 94111

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Partner | Orrick, Herrington & Sutcliffe |
| 2 | Board Member | Bar Association of San Francisco |
| 3 | Part-time lecturer | University of California at Berkeley (Boalt Hall) |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 1980 | Orrick, Herrington & Sutcliffe |
| 2 | 2000 | Orrick, Herrington & Sutcliffe Partner Pension Plan |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2000 | University of California at Berkeley, School of Law (Boalt Hall) ("Boalt") | 9000 |
| 2 | 2000 | Orrick, Herrington & Sutcliffe ("Orrick") | 821,400 |
| 3 | 2001 | Boalt | 9000 |
| 4 | 2001 | Orrick | 851,421 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements ) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less     K=$15,001-$50,000     L=$50,001 to $100,000     M=$100,001-$250,000     N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Charles Schwab Account | | | | | | | | | |
| 2 Schwab S&P 500 Select | None | | M | T | Exempt | | | | |
| 3 Citicorp Brokerage Account | | | | | | | | | |
| 4 Fidelity Advisor Equity Income Fund | A | Dividend | K | T | Exempt | | | | |
| 5 Fidelity Advisor Technology Fund | None | | L | T | " | | | | |
| 6 Franklin Biotechnology Fund | None | | L | T | " | | | | |
| 7 Oppenheimer Quest Balanced Value Fund | D | Dividend | M | T | " | | | | |
| 8 Smith Barney Diversified Large Cap Growth Fund | None | | J | T | " | | | | |
| 9 UTS EFT Citiselctor | A | Interest | J | T | " | | | | |
| 10 Merrill Lynch Brokerage Account # 1 | | | | | | | | | |
| 11 CMA CA Municipal Money | A | Interest | K | T | " | | | | |
| 12 GM Corporate Bonds | None | | K | T | " | | | | |
| 13 San Francisco CA Bonds SFCA ACIA | B | Interest | K | T | " | | | | |
| 14 California State Bond | B | Interest | K | T | " | | | | |
| 15 San Bernardino CA Bond TRNS S/S | A | Interest | K | T | " | | | | |
| 16 Foothill/Eastern Bonds TCA Tolls Road | A | Interest | K | T | " | | | | |
| 17 Lake Elsinore CA Unified District | A | Interest | K | T | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Rancho, CA Water District FNG REV | A | Interest | K | T | Exempt | | | | |
| 19 Cohen and Steers Adv Inc | A | Dividend | K | T | " | | | | |
| 20 Lucent Technologies Inc Common Stock | A | Dividend | J | T | " | | | | |
| 21 Delware Group Trend Fund | | None | L | T | " | | | | |
| 22 ML Basic Value Fund Class B | B | Dividend | K | T | " | | | | |
| 23 ML Basic Value Fund Class D | C | Dividend | J | T | " | | | | |
| 24 ML Fundamental Growth B Fund | | None | J | T | " | | | | |
| 25 Seligman Large Cap Value Fund Class B | A | Dividend | J | T | " | | | | |
| 26 Seligman Large Cap Value Fund Class D | A | Dividend | K | T | " | | | | |
| 27 Seligamn Small Cap Value Fund Class D | | None | K | T | " | | | | |
| 28 Muniholdings Cal Insured Fund | A | Dividend | J | T | " | | | | |
| 29 Muniyield Cal Fed Insured | A | Dividend | J | T | " | | | | |
| 30 Los Angeles CA Bond Series A | A | Interest | | T | " | | | | |
| 31 Allicance Premier Growth | | None | J | T | " | | | | |
| 32 ML Large Cap Core Focus | | None | K | T | " | | | | |
| 33 Anchor National Polaris Insurance Annuity | | None | K | T | " | | | | |
| 34 PUTN Income Fund | | None | K | T | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| White, Jeffrey S. | 07/29/2002 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 SCDR Money Market Portfolio | None | | K | T | Exempt | | | | |
| 36 TRP Inc Ltd Term Bond | None | | K | T | " | | | | |
| 37 Best of America Annuities Contract | | | | | | | | | |
| 38 FID VIP Growth Port SC | None | | L | T | Exempt | | | | |
| 39 FID VIP2 Contrafund Port SC | None | | M | T | " | | | | |
| 40 OPP Capital Apprec.Fund/VA | None | | M | T | " | | | | |
| 41 Strong SVIT Midcap Growth I | None | | K | T | " | | | | |
| 42 OPP AGG Growth Fund/VA | None | | K | T | " | | | | |
| 43 Orrick Investments 2000 LLC | None | | J | U | Exempt | | | | |
| 44 Pollock Montgomery Washington Tower Investors II Pship | B | Rent | | U | " | | | | |
| 45 Intercarp Limited Partnership | None | | J | U | " | | | | |
| 46 Merrill Lynch Brokerage Account # 2 | | | | | | | | | |
| 47 AIM Charter Funds | None | | K | T | Exempt | | | | |
| 48 ML Strategic Return DSA | None | | J | T | " | | | | |
| 49 ML Strategic DSI | None | | K | T | " | | | | |
| 50 ML Banking Advantage | A | Interest | J | T | " | | | | |
| 51 ML Global Tech Fund Class D | A | Dividend | J | T | " | | | | |

| Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Munder NetNet | | None | J | T | " | | | | |
| 53 PIMCO Target | | None | J | T | " | | | | |
| 54 ML Ready Asset Trust | A | Dividend | | | " | | | | |
| 55 S&P Industiral Portfolio 000 D | A | Dividend | | | " | | | | |
| 56 S&P Industrial 2000C | A | Dividend | | | " | | | | |
| 57 Select Ten Port 2000 | A | Dividend | | | " | | | | |
| 58 AIM Value Fund Class A - Account #1 | A | Dividend | L | T | " | | | | |
| 59 Merrill Lynch Brokerage Acct # 3 | | | | | | | | | |
| 60 Delaware Small CAP Value Fund | | None | J | T | Exempt | | | | |
| 61 ML Strategic Return DSA | | None | J | T | " | | | | |
| 62 ML Strategic Return DSI | | None | J | T | " | | | | |
| 63 ML Banking Advantage | A | Interest | J | T | " | | | | |
| 64 ML Global Tech Fund Class B | | None | J | T | " | | | | |
| 65 PIMCO Small Cap Value | | None | J | T | " | | | | |
| 66 PIMCO Target | | None | J | T | " | | | | |
| 67 Seligman Commun & Info Fund Class D | A | Dividend | K | T | " | | | | |
| 68 CD Captial Crossing BK | A | Interest | | | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(Col. C2) U=Book Value V=Other W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 PIMCO Small Cap Value | A | Dividend | | | " | | | | |
| 70 S&P Industrial 2000C | A | Dividend | | | " | | | | |
| 71 Select Ten Port 2000 | A | Dividend | | | " | | | | |
| 72 AIM Value Fund Class A - Account # 2 | A | Dividend | L | T | " | | | | |
| 73 Citicorp IRA #1 | A | Dividend | L | T | Exempt | | | | |
| 74 AIM Constellation Fund Class A | | None | | | " | | | | |
| 75 Delaware Trend Fund Class A | | None | | | " | | | | |
| 76 Fidelity Advisor Technology Fund Class B | | None | | | " | | | | |
| 77 MFS Total Return Fund A | | None | | | " | | | | |
| 78 Smith Barney Fundamental Value Fund Class B | | None | | | " | | | | |
| 79 Citicorp IRA #2 | A | Dividend | K | T | Exempt | | | | |
| 80 Fidelity Advisor Technology | | None | | | " | | | | |
| 81 MFS Total Return Fund A | | None | | | " | | | | |
| 82 Smith Barney Value Fund Class B | | None | | | " | | | | |
| 83 Charles Schwab - 401K Plan | E | Dividend & I | O | T | Exempt | | | | |
| 84 Money Market Fund | | Interest | | | " | | | | |
| 85 Bank Of America Corp Bond | | | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6  INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86  Chase Manhattan Corp Bond | | | | | | | | | |
| 87  Ford Motor Credit Note | | | | | " | | | | |
| 88  General Motors Corp Bond | | | | | " | | | | |
| 89  General Motors Acceptance Bond | | | | | " | | | | |
| 90  Merrill Lynch Corp Bonds | | | | | " | | | | |
| 91  JP Morgan Corp Bond | | | | | " | | | | |
| 92  NationsBank Corp Bond | | | | | " | | | | |
| 93  Sweden Kindgom Bond | | | | | " | | | | |
| 94  Federal High Income Bond Fund | | | | | " | | | | |
| 95  ABN AMRO Cap Preferred | | | | | " | | | | |
| 96  American Intl Group Inc Common | | | | | " | | | | |
| 97  Cisco Systems Common | | | | | " | | | | |
| 98  California Fed Preferred | | | | | " | | | | |
| 99  Cohen & Steers Adv Income | | | | | " | | | | |
| 100  Nova Chemicals Preferred | | | | | " | | | | |
| 101  Xilinx Inc Common | | | | | " | | | | |
| 102  Royce Low Price Sotck Fund | | | | | " | | | | |

1 Inc/Gain Codes: (Col. B1, D4)  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: (Col. C1, D3)  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: (Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

## VII. Page 7  INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103  RS Partners Fund | | | | | " | | | | |
| 104  Schwab S&P 500 Select Shares | | | | | " | | | | |
| 105  William Blair Intl Growth Fund- Cl N | | | | | " | | | | |
| 106  AT & T Cap Corp Bond | | | | | " | | | | |
| 107  Chase Captial V Trust Orig Preferred | | | | | " | | | | |
| 108  Conseco Fin VI Trust Orig | | | | | " | | | | |
| 109  Intl Paper Cap Preferred | | | | | " | | | | |
| 110  Phoenix Quarterly Bond | | | | | " | | | | |
| 111  Merrill Lynch – Defined Contribution Plan | B | Dividend | | | Exempt | | | | |
| 112  Merrill Lynch C/D Plan | B | Dividend | | | Exempt | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,000-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |